**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7897**

_____

ALPHONSO HAYNESWORTH,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JON OZMINT,
Director of SCDC; WARDEN BOB ANDERSON; ASSOCIATE WARDEN NFN
BRILLFORD; MAJOR NFN MURRAY; CAPTAIN EDWARD BITTINGER;
LIEUTENANT NFN BRACHEL; SERGEANT NFN FERGUSON; OFFICER NFN
FOREMAN; SERGEANT NFN HOOSIER; MS. NFN HUNTER; OFFICER
JENKINS; OFFICER JONES; DHO S. PATTERSON; MS. NFN HUNTER,
Law Librarian; OFFICER NFN STAATS; OFFICER NFN UPTERGRAFF;
MR. NFN STEVENSON, Classification; CAPTAIN B. HINGER;
OFFICER UPTAGRAFT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Patrick Michael Duffy, Senior
District Judge. (8:08-cv-01841-PMD)

_____

Submitted:  February 18, 2010       Decided:  February 25, 2010

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alphonso Haynesworth, Appellant Pro Se.  Heath McAlvin Stewart,
III, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alphonso Haynesworth appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. §§ 1983, 1985, 1986 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Haynesworth v. South Carolina Dep't of Corr., No. 8:08-cv-01841-PMD (D.S.C. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED